**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD DAVE RENTERIA, | Case No. CV 16-1568 RGK (SS) |
| Petitioner, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND RECOMMENDATIONS** |
| J. LIZARRAGA, Warden, | **OF UNITED STATES MAGISTRATE** |
| Respondent. | **JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

\\

1  **IT IS ORDERED** that the Petition is denied and Judgment shall
2  be entered dismissing this action without prejudice to the extent
3  that it challenges Petitioner's 1998 conviction and with
4  prejudice to the extent that it challenges Petitioner's 1989
5  conviction.

7  **IT IS FURTHER ORDERED** that the Clerk serve copies of this
8  Order and the Judgment herein on Petitioner at his current
9  address of record.

11  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

13  DATED: September 2, 2016

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2