**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD DAVE RENTERIA, | Case No. CV 16-1568 RGK (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. LIZARRAGA, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice to the extent that it challenges Petitioner's 1998 conviction and with prejudice to the extent that it challenges Petitioner's 1989 conviction.

DATED: September 2, 2016

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE